IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:18-CR-338-RJC-DSC |
| | ) | |
| v. | ) | <u>ORDER FOR TRANSFER OF CUSTODY</u> |
| | ) | |
| CARDELL OLIVER CLARKE | ) | |
| PID#: 0000476589 | ) | |

**THIS MATTER** is before the Court on the Government's Corrected Motion, filed November 19, 2018, for the transfer of custody of Cardell Oliver Clarke, PID# 0000476589.

The Court has carefully reviewed the Corrected Motion, and believes that good cause has been shown to justify the temporary transfer of custody of the Defendant from the United States Marshals Service to Postal Inspector Randy E. Berkland with the United States Postal Inspection Service, and/or another designated agent of the United States Postal Inspection Service. The transfer shall be subject to the following conditions:

(1) The United States Marshals Service shall allow the transfer of custody of Cardell Oliver Clarke to Postal Inspector Randy E. Berkland on Monday, November 26, 2018, during the time period from 8:00 a.m. to 5:00 p.m.

(2) Custody of the Defendant may be given to Postal Inspector Randy Berkland, and/or another designated agent of the United States Postal Inspection Service provided at least one other law enforcement agent is present when the Defendant is transported. The United States Marshals Service shall not turn over custody of the Defendant unless an agent of the United States Postal Inspection Service and/or another designated agent is present.

(3) When the Defendant is picked up at the Mecklenburg County Jail Central, agents shall use the same security and restraints as used by the United States Marshals Service when transporting a prisoner; i.e., the Defendant shall be placed in handcuffs and leg shackles whenever being transported.

(4) The only location that the Defendant is to be transported shall be to the United States Postal Inspection Service office in Charlotte, North Carolina. At no time should the Defendant be in any other location other than when being transported to and from the Mecklenburg County Jail Central. There will be no exceptions to this provision without written motion and a corresponding written order.

**SO ORDERED**.

Signed: November 19, 2018

David S. Cayer
United States Magistrate Judge